IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN INTERIORS, INC., | ) | No. 2:20-cv-1423- AJS |
| | ) | |
| Plaintiff, | ) | Judge Arthur J. Schwab |
| | ) | |
| v. | ) | |
| | ) | |
| PETER M. WESOLOSKY and DIRTT | ) | |
| ENVIRONMENTAL SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this __14th__ day of __December__, 2020, upon consideration of Plaintiff's Motion for Redaction of Transcript, it is hereby ORDERED and DECREED that said Motion is GRANTED.  The court reporter shall redact the following from the September 30, 2020 transcript:

Page 10, Line 25; Page 11, Lines 1-4; Page 14, Lines 4-11, 13-23; Page 17, Lines 3-12, 17-22; Page 20, Lines 20-25; Page 21, Lines 1-3; Page 33, Lines 20 - 23; Page 37, Lines 12-15; Page 51, Lines 14-15; Page 70, Lines 14-18; Page 71, Lines 8-10; Page 74, Lines 12-14,18-21; Page 76, Lines 11-12, 16-20; and Page 77, Lines 22-24.

BY THE COURT:

  __s/Arthur J. Schwab__

J.